AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:22-M -01484(1) |
| | § |
| (1) Jesus Manuel Castaneda | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **June 20, 2022** in **Val Verde** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, knowing or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, transports, or moves or attempts to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law

in violation of Title    **8**    United States Code, Section(s)    **1324(a)(1)(A)(ii)**
.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"On June 20, 2022, defendant, Jesus Castaneda, a U.S. Citizen, was arrested near Del Rio, TX for transportation of illegal aliens into the U.S.  Defendant was encountered driving a black 2010 Ford F-150 on Hwy 277 when agents observed the vehicle pull over and four individuals run from the brush and getting into the Ford F-150.  Agents initiated a vehicle stop*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
Pena, Luis A
Border Patrol Agent

06/24/2022                                                                     at   DEL RIO, Texas
File Date                                                                            City and State

VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE                          Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.  Case Number: DR:22-M -01484(1)

(1) Jesus Manuel Castaneda

**Continuation of Statement of Facts:**

and upon their investigation determined defendant was transporting four illegal aliens, three of which were in the rear floorboard attempting to conceal themselves. Defendant stated an individual known as "Bella" needed help picking up family members who were stranded. Defendant was given directions and pin drop locations of the pick up area."

_____  _____
Signature of Judicial Officer                Signature of Complainant